UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL ACTION NO. 07-118-KSF

UNITED STATES OF AMERICA                                                        PLAINTIFF

VS.                                         **O R D E R**

JAIME DELEON-GARCIA                                                             DEFENDANT

\* \* \* \* \* \* \* \*

The Defendant, Jaime Deleon-Garcia, having filed a Motion for Rearraignment [DE #27], and the Court having considered the Motion, and being advised,

IT IS HEREBY ORDERED that the above-styled matter is SET FOR REARRAIGNMENT of the defendant, Jaime Deleon-Garcia, on Friday, October 12, 2007, at 9:30 a.m., in Courtroom D of the United States Courthouse, Lexington, Kentucky.

This October 9, 2007.



Signed By:
*Karl S. Forester*  KSF
United States Senior Judge